Christopher Lee Smith, Agent
c/o CHRISTOPHER LEE SMITH, Trust
4374 East Butte Avenue
Florence, Arizona

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHRISTOPHER LEE SMITH
Plantiff,

v.

Juan Carlos Puig;
Kenneth A. Redden;
Kris Mayes;
Peter Thompson,
Defendants.

No.

TORT CLAIM

Case: 1:25-cv-00742
Assigned To : McFadden, Trevor N.
Assign. Date : 3/11/2025
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
Mail Room
MAR 1 1 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Comes now CHRISTOPHER LEE SMITH, Private business Trust, by his Agent of Record, Christopher Lee Smith, respectfully submitting this Federal Tort Claim. Plantiff urges this Court to consider his claim and grant immediate relief, as I am a pre-March 9, 1933 Private American National/Non-"U.S. citizen" and a non-commercial entity (See attached Declaration of Status recorded and published in Oklahoma; B:15923 P:539).

Signed on this 6th day of March, 2025.

_____
Christopher Lee Smith, Agent

1

Christopher Lee Smith, beneficiary to the CHRISTOPHER LEE SMITH TRUST, a flesh and blood-non-statutory man, one of "we the people", has been falsely identified, charged and imprisoned; as a foreign STATE Commercial paper debtor/Citizen/Employee, by the State of Arizona; Maricopa County Superior Foreign Banking Commercial "UCC: Paper BAR" Court.

As we have found out, the "Foreign Banking Commercial: Paper BAR" Courts are not operating per 1787 Non-Commercial "National Government Banking" Constitution, but are operating under the 1913-1938 BANKRUPT Government Commercial Banking Law; thereby they have been allowed to fully violate Article 1 Section 10 of the National Constitution and 14th Amendment.

They are operating as "For profit" Governmental Corporations, by having their UCC "Paper BAR" Titles of Nobility, allowed to issue Bills of Attainder, Letters of Marque and Reprisal and emit "Bills of Credit" all for their own Foreign Commercial Governmental Corporate Insurrection bonded profits in their Commercial Bank world.

A. <u>JURISDICTION</u>
  1. <u>This Court has jurisdiction over this action pursuant to</u>:
     Federal Tort Claim Act (FTCA)
  2. <u>Institution where violation occurred</u>:
     ARIZONA; MARICOPA COUNTY SUPERIOR COURT; SAN JUAN, PUERTO RICO and WASHINGTON, D.C.

B. <u>DEFENDANTS</u>
  1. <u>Juan Carlos Puig</u>; Employed as Alien Property Custodian and Contract Settlement Officer; Treasury Department (U.S.) in San Juan, Puerto Rico.
  2. <u>Kenneth A. Redden</u>; Employed as Claims Officer; U.S. Environmental Agency; Washington, DC

2

3. <u>Kris Mayes</u>; Employed as State Attorney General; State of Arizona, Maricopa County.

4. <u>Peter Thompson</u>; Employed as Judge of the Superior Court; Maricopa County.

C. <u>PREVIOUS LAWSUITS</u>

1. Plantiff has not filed any previous lawsuits, to the United States District of Columbia Court.

D. <u>CAUSE OF ACTION</u>

<u>COUNT 1: BREACH OF CONTRACT</u>

In reference to 27 CFR 72.11, all crimes are commercial. Any action/complaint transaction initiated by State/Federal agents are commercial in nature, in light of the fact that they impose a quasi-monetary fine in violation of Article 1, Section 10 and Article 2, Section 1 of the U.S. Bankruptcy.

In accordance with UCC, Acceptance for Value and Consideration:

(a) An instrument is issued or transferred for Value if:
  (1) the instrument is issued for promise of performance, to the extent the promise has been performed;
  (2) the transferee acquires a security interest or other lien, in the instrument, other than a lien obtained by a judicial proceeding;
  (3) the instrument is issued or transferred as payment of, or as security for an antecedent claim against any person, whether or not the claim is due.

A claim in admiralty must show vested interest in the Estate before one can intervene with a claim. A perfected deed, UCC-1/UCC-3, IRS Form 2848, Power of Attorney is being provided, showing Plantiff has taken interest in the following:

1. CHRISTOPHER LEE SMITH/ADC#211564

3

2. State of Arizona INDICTMENT/TRUE BILL
3. State of Arizona cause No. CR2018-130369-001

26/26 CFR, an alonged statement was attached to the INDICTMENT/TRUE BILL for Acceptance and Approval for payment by DEMAND was sent along with IRS Forms 1096, and 1099-A Information Return.

As stated by Congress on March 9, 1933; House 73rd Session I, Chapter I, pg.# 83, 1st paragraph, 3rd sentence under the new law of money, the money is issued to the Banks in return for Government obligations, Bills of Exchange, drafts, notes, trade acceptances, and banker's acceptance. The money will be worth 100 cents on the dollar, because it is backed by the credit of the Nation.

In reference to Truth in Lending Act, Congress intended for Financial Institutions to fully disclose the credit being taken for use. There was to be NO Debtor Prisons in America per the original National Government Constitutional Banking Charter and it is expounded upon in Vol. 1, Statutes at Large; FIFTH CONGRESS. Sess 2: Ch. 49 and 50.

CHAP. XLIX - An Act providing for the Relief of persons imprisoned for debts due to the United States. Section 1, Sec. 2 and Sec. 3.

On February 08, 2024, Juan Carlos Puig, Secretary of Treasury (U.S.), Legal Affairs Dept., received an assigned contract for Fiduciary Appointment and Authorization from Plantiff for the Settlement and Closure of account # CR2018-130369-001 held by the State of Arizona, Maricopa County Superior Court (Financial Institution). See attached contract, Exhibit #1.

As Surety to the Original General Service Administration (GSA) Bonds (Standard Forms 28, 24, 25, 25A, 273, 274 and 275) that were received by absolute delivery via Certified Mail # 9589 0710 5270 0182 4963 22 and

4

9590 9402 5676 9346 7537 17, and not returned with a Notice of Dishonor (Affidavit) stating any defects, makes the Treasury liable for the bonds.

Government obligations may be substituted for Surety Bonds. Government obligations are defined as Public Debt obligations of the United States Government, and an obligation whose principal and interest is unconditionally guaranteed by the Government.

48 C.F.R. §28.203-4 SUBSTITUTION OF ASSETS, the Contracting Officer has agreed to the substitution of Assets upon determining that the substitute Assets to be pledged are adequate to protect the outstanding bond or guarantee obligations.

Therefore, the Public Debt between CHRISTOPHER LEE SMITH (TRUST) Principal, and the STATE OF ARIZONA, MARICOPA COUNTY SUPERIOR COURT has been satisfied.

INJURY

The Personal Property (Chattel) that were submitted in good faith to settle the matter were never processed or applied for settlement and closure of State of Arizona cause No. CR2018-130369-001. Principal CHRISTOPHER LEE SMITH is still held as collateral to the obligation, and the Personal Property: CHRISTOPHER LEE SMITH/ADC# 211564 is still held involuntarily in the custody of the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR).

COUNT 1: VIOLATION OF 5TH AMENDMENT AND 14TH AMENDMENT; Deprivation of Life, Liberty or Property without due process.

COUNT 2: VIOLATION OF 5TH AMENDMENT; Deprivation of Life, Liberty or Property without Due Process of Law.

A Standard Form 95 was submitted to Kenneth A. Redden, U.S.

Environmental Protection Agency (E.P.A) to procure the Personal Property (CHRISTOPHER LEE SMITH TRUST/ADC #211564) that is currently being held in the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR), and to raise the claim of BREACH OF CONTRACT brought by Principal against Juan Carlos Puig, Custodian Contracting Officer.

According to 28 CFR § 14.2, part 14 ADMINISTRATIVE CLAIM; when present- (b) when a claim is presented to any Federal Agency, that Agency shall transfer it forthwith to the appropriate Agency.

INJURY

Mr. Redden denied Plantiff's TORT CLAIM (FTCA), and returned it to CHRISTOPHER LEE SMITH/ADC#211564 in ADCRR. (See attached Exhibit 2). He was derelict in his duty to process the SF95 or otherwise transfer it to the appropriate Agency. This has interfered with Principal's action in commerce and impeded the exercise of his remedy.

COUNT 3: VIOLATION OF 5TH AND 14TH AMENDMENTS; Deprivation of Life, Liberty or Property without Due Process of Law.

As the Attorney General for the STATE OF ARIZONA, Kris Mayes, is the legal representative for the Arizona State government officials, the Maricopa County Court and its officers. She is also the top Prosecutor over Account No. CR2018-130369-001 against CHRISTOPHER LEE SMITH TRUST.

INJURY

Kris Mayes, as a public official, has taken an oath to protect the "we the people" and failed to honor her oath. As a public Trustee she should have provided the appropriate remedy to Plantiff by satisfying and extinguishing Account No. CR2018-130369-001. By not following through in her obligation to satisfy and extinguish the aforementioned account, beneficiary Christopher Lee of the family Smith continues to be unlawfully

6

encarcerated in ADCRR on an already Satisfied public debt. Thus causing beneficiary injury and suffering.

COUNT 4: VIOLATION OF 14TH AMENDMENT, SECTION 1; Deprivation of Life, Liberty or Property without Due Process of Law.

The honorable Peter Thompson was the Judicial officer appointed over STATE OF ARIZONA cause No. CR2018-130369-001, who abused discretion while sentencing CHRISTOPHER LEE SMITH, when he failed to disclose the full particulars of the contract for performance or disclose that the ens legis/"Strawman" (CHRISTOPHER LEE SMITH) was being sentenced to confinement as Surety for the contract between Principal and the STATE OF ARIZONA which was processed and recorded through the Maricopa County Superior Court (Financial Institution).

INJURY

By not notifying the Plantiff that he had the ability to discharge the matter right then, CHRISTOPHER LEE SMITH has been forced to endure the harsh environment of incarceration in a State Prison facility. This has interfered with Plantiff's ability to exercise his constitutional rights or engage in commerce.

E. DECLARATION AND REQUEST FOR RELIEF

WHEREFORE I, CHRISTOPHER LEE SMITH, having taken Beneficial Ownership by way of Certificate of Authority, incorporated herein, request this Court to issue an Order of Resolution in this matter for Full Satisfaction of Judgement and of Account # CR 2018-130369-001; and to order the release of lien on Real Property and the Release of Personal Property from Escrow.

Furthermore, I request the Return of all Personal Property (Chattel) held to Plantiff, along with any interest accrued which remains after

any deductions for fees/fines/taxes lawfully owed to Maricopa County Superior Court, State of Arizona.

I, CHRISTOPHER LEE SMITH, declare under penalty of perjury that the aforementioned is True, Correct and Complete to the best of my knowledge and beliefs, with no intention to mislead.

EXECUTED this 6th day of March, 2025.



WITHOUT PREJUDICE/WITHOUT RECOURSE

By: _____
Christopher Lee Smith - Plantiff
AUTHORIZED SIGNATURE, Agent
Attorney-in-Fact.

All Rights Reserved

8

## CERTIFICATE OF SERVICE

The ORIGINAL of the foregoing documents were mailed on the 6th day of March 2025 to the Clerk of the United States District of Columbia:

    CLERK OF THE COURT
    U.S. DISTRICT OF COLUMBIA
    333 Constitutional Avenue N.W.
    Washington, DC 20001

By: *[signature]*      03/06/2025
                                       Date

CHRISTOPHER LEE SMITH #211564
ASPC-EYMAN/MEADOWS 11-A-5
4374 East Butte Avenue
Florence, Az 85132-3500